AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Paul D. Deane

V.

Steven Skinner and Round Lake Area Public Library District

CASE NUMBER: 04C 4026

ASSIGNED JUDGE: JUDGE RONALD GUZMAN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE NOLAN

TO: (Name and address of Defendant)
Round Lake Area Public Library District
906 Hart Road
Round Lake, Illinois 60073

DOCKETED
AUG 1 0 2004

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Russell J. Young
Riebandt & DeWald, P.C.
1237 South Arlington Heights Road
Arlington Heights, Illinois 60005

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUN 1 5 2004
DATE

# AFFIDAVIT OF SERVICE

**State of USDC**  **County of North District of Il**  **Usdc Court**

Case Number: 04C4026

PLAINTIFF:
**Paul D Deane**
vs.
DEFENDENT:
**Steven Skinner and Round Lake Area Public Library District**

For:
Excel Investigations
7020 Centennial Drive
Tinley Park, IL 60477

FILED
AUG 10 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Received by Excel Investigations on the 18th day of June, 2004 at 10:49 am to be served on **ROUND LAKE AREA PUBLIC LIBRARY DISTRICT 906 Hart Road Round Lake, Illinois 60073**.

I, Robert C. Regalado - Process Server, being duly sworn, depose and say that on the **18th day of June, 2004 at 1:00 pm, I:**

Served a **Government Agency** by delivering a true copy of the **Summons & Complaint** with the date and hour of service endorsed thereon by me, to Cheryl Isom as Director of the within named agency and informing such person of the contents therein.

**Description** of Person Served: Age: 47, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 160, Hair: Brown, Glasses: N

I am over the age of 18 and have no interest in the above action.

DOCKETED
AUG 1 0 2004

"OFFICIAL SEAL"
JACKIE L. DOLAN
Notary Public - State Of Illinois
My Commission Expires 05/08/2008

Robert C. Regalado - Process Server
Agency Lic. # 117-001132

Subscribed and Sworn to before me on the 23rd day of June, 2004 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**Excel Investigations**
**7020 Centennial Drive**
**Tinley Park, IL 60477**
**(708) 444-8330**

Our Job Serial Number: 2004001051
Ref: 44685